5/10/2007 4:24 PM   FROM: CAG 952.831.8150 Civil Action Group   TO: +1 (210) 6212403   PAGE: 001 OF 002

Elie International Inc., et. al., Plaintiff(s)
vs.
Daniel Haney, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-

APS File #: 083197-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Daniel Haney
Court Case No. 07CV3708(LAK)

ARTHUR I. WINGARD, PC
Mr. Mark L. Rosenfeld
60 East 42nd Street
Suite 3419
New York, NY 10165

State of: __Texas__ ) ss.
County of: __Bexar__ )
Name of Server: __Elizabeth A. Brown__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __12th__ day of __May__, 20 __07__, at __9:25__ o'clock __P__ M

Place of Service: at __146 Rockhill__, in __San Antonio, TX 78209__

Documents Served: the undersigned served the documents described as:
**Summons and Verified Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Daniel Haney

Person Served, and Method of Service:
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Daniel Haney
at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair __No__
Approx. Age __60__ ; Approx. Height __6'__ ; Approx. Weight __180__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Elizabeth A. Brown
Signature of Server   SC# 0248
APS International, Ltd.

Subscribed and sworn to before me this __14th__ day of __May__, 20 __07__
Justine Gilbreth    6/5/07
Notary Public    (Commission Expires)



JUSTINE GILBRETH
MY COMMISSION EXPIRES
June 5, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3708 (LAK)

ELIE INTERNATIONAL INC.,

                              Plaintiff,

-against-

DANIEL HANEY,

                              Defendant.

## AFFIDAVIT OF SERVICE OF SUMMONS & VERIFIED COMPLAINT

**ARTHUR I. WINARD, P.C.**
Attorney(s) for  Plaintiff
Office and Post Office Address
SUITE 3419
60 EAST 42ND STREET
NEW YORK, NEW YORK 10165
(212) 697-9011

To

Attorney(s) for

Service of a copy of the within                 is hereby admitted.

Dated,

        Attorney(s) for                            . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Sir:- Please take notice
**NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
**NOTICE OF SETTLEMENT**
that an order                           of which the within is a true copy will be presented for
settlement to the HON.                                   one of the judges

of the within named Court, at
on the         day of                   at     M.

Dated,

                            Yours, etc.
**ARTHUR I. WINARD, P.C.**
       Attorney(s) for
             Office and Post Office Address
                 SUITE 3419
To              60 EAST 42ND STREET
             NEW YORK, NEW YORK 10165
Attorney(s) for