Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ELIE INTERNATIONAL INC.,                    07 CV 3708 (LAK)

                Plaintiff,               CONSENT JUDGMENT

   -against-

DANIEL HANEY,

                Defendant.

----------------------------------------x

RECEIVED JUN 26 2007 JUDGE KAPLAN'S CHAMBERS

      This action having been commenced on May 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, DANIEL HANEY, on May 12, 2007 by Personal Service, and the defendant, DANIEL HANEY, not having appeared, answered or moved with respect to the Complaint, and the time for appearing, answering and moving with respect to the Complaint having expired, and said defendant having consented, in writing, to the entry of Judgment;

      NOW, on Motion of ARTHUR I. WINARD, P.C., attorneys for plaintiff, it is

      ORDERED, ADJUDGED AND DECREED, that the plaintiff have Judgment against the defendant, DANIEL HANEY in the agreed amount of $91,734.11, together with interest thereon at the rate of nine (9%) percent per annum, in the amount of $22,965.78, plus costs and disbursements of this action in the sum of $458.75,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

amounting in all to the sum of $115,188.64, and that plaintiff have execution therefor.

Dated:  New York, New York
        June 26, 2007

_____
U.S.D.J.